# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHIEFTAIN ROYALTY COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 18-cv-00054-JED-JFJ |
| | ) |
| BP AMERICA PRODUCTION COMPANY, | ) |
| | ) |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, which states:

A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

### BP AMERICA PRODUCTION COMPANY
[Name of Party]

who is a (check one) [] PLAINTIFF  X DEFENDANT in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

    (Check one)   [] YES    X NO

2. **Does party have any parent corporations?**

    (Check one)   X YES    [] NO

    If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

    BP Company North America Inc.
    BP Corporation North America Inc.
    BP America Inc.
    BP America Ltd.
    BP Holdings North America, Ltd.
    BP P.L.C.

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

(Check one)    X  YES    [] NO

If YES, identify all such owners:

BP P.L.C.

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

(Check one)    [] YES    X  NO

If YES, identify entity and nature of interest:

5. **Is party a trade association?**

(Check one)    [] YES    X  NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

DATED this 23rd day of January, 2018.

Respectfully submitted,

s/L. Mark Walker
L. MARK WALKER, OBA #10508
HARVEY D. ELLIS, OBA #2694
MICAH LEE ADKISON, OBA # 33107
CROWE & DUNLEVY
A Professional Corporation
Braniff Building
324 North Robinson Avenue, Suite 100
Oklahoma City, Oklahoma 73102
(405) 235-7700
(405) 239-6651 (Facsimile)
mark.walker@crowedunlevy.com
harvey.ellis@crowedunlevy.com
micah.adkison@crowedunlevy.com

-AND-

SUSAN E. HUNTSMAN, OBA #18401
CROWE & DUNLEVY
A Professional Corporation
321 S. Boston Ave., Ste. 500
Tulsa, Oklahoma 74103
(918) 592-9800
(918) 592-9801 (Facsimile)

susan.huntsman@crowedunlevy.com

-AND-

MARK D. CHRISTIANSEN, OBA #1675
MCAFEE & TAFT
A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 552-2233
Facsimile: (405) 228-7435
mark.christiansen@mcafeetaft.com

**ATTORNEYS FOR DEFENDANT BP AMERICA PRODUCTION COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of January, 2018, I electronically transmitted the foregoing document to the Court Clerk using the ECF System for filing. Based on the records currently on file, the Court Clerk will transmit a Notice of Electronic Filing to the following ECF registrants:

Robert N. Barnes -- rbarnes@barneslewis.com
Emily Nash Kitch -- ekitch@wsolaw.net

s/L. Mark Walker